CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Naomi Butler, Esq, SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
Tel: (858)375-7385;
Fax (888)422-5191
naomib@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | **Case No: 3:21-cv-07057-JD** |
| Plaintiff, | |
| v. | **Plaintiff's Updated Status Report** |
| **Fresh Squeezed Akash, LLC,** a California Limited Liability Company | |
| Defendants. | |

1. On July 13, 2022, Plaintiff filed a Motion for Administrative Relief to obtain dates from Defendant for conducting the Joint Site Inspection. Dkt. 9.

2. On July 15, 2022, the Court granted Plaintiff's Motion. Pursuant to that order the deadline to hold the Joint Site Inspection was August 31, 2022. Dkt 10;

3. On July 29, 2022, Plaintiff counsel's paralegal, Mr. Priyesh Manjrekar, contacted Defense counsel Mr. David Buffington and Mr. Izaiah Chacon via email for scheduling the Joint Site Inspection of the above-referenced case;

4. On August 3, 2022, Mr. Manjrekar reminded Defense counsel to provide dates for scheduling Joint Site Inspection;

5. On August 4, 2022, Plaintiff filed a Status Report regarding their failed attempts to set the site inspection. Dkt 11;

6. On August 9, 2022, Mr. Manjrekar followed up with Defense counsel for scheduling the Joint Site Inspection;

7. On August 16, 2022, Mr. Manjrekar provided Defense counsel's availability to schedule the Joint Site Inspection;

8. On August 22, 2022, Mr. Manjrekar reminded Defense counsel to provide dates for scheduling the Joint Site Inspection;

9. On August 31, 2022, Mr. Manjrekar followed up with Defense counsel for scheduling the Joint Site Inspection;

10. On September 7, 2022, Mr. Manjrekar followed up with Defense counsel to provide dates for scheduling the Joint Site Inspection;

11. On September 8, 2022, I took over this case for former counsel, Ms. Josie Zimmermann, and that same day I contacted Defense counsel and informed them that Plaintiff counsel's office had made multiple attempts to set the Site Inspection and asked counsel to provide availability to conduct the Joint Site Inspection immediately;

12. On September 12, 2022, Plaintiff filed a status report alerting the Court of Defendant's failure to comply. Dkt 14;

13. On October 7, 2022, Plaintiff counsel followed up with Defense counsel for Scheduling the Joint Site Inspection or providing proof of Remediation;

14. On October 11, 2022, Mr. Manjrekar reminded Defense counsel to provide dates for scheduling the Joint Site Inspection;

15. On October 11, 2022, Ms. Hayes also called Defense counsel's office and left a Voice Message requesting dates to conduct Joint Site Inspection.

16. This status report is filed to alert the court of Defendants' continued failure to follow the Courts July 15, 2022, and to explain to the Court why Plaintiff is unable to meet the October 12, 2022, deadline to file the Notice for Need of Mediation

17. Attached as Exhibit 1 is a true and correct copy of the above-mentioned email communications.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: October 12, 2022    CENTER FOR DISABILITY ACCESS

By: /s/ Naomi Butler
    Naomi Butler, Esq.
    Attorney for Plaintiff