CENTER FOR DISABILITY ACCESS
Prathima Price, Esq., SBN 321378
Naomi Butler, Esq., SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Email: naomib@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Fresh Squeezed Akash, LLC**, a California Limited Liability Company <br><br> Defendants. | **Case No.** 3:21-cv-07057-JD <br><br> **NOTICE OF INDICATION OF MOOTNESS OF ADA CLAIM FOR INJUNCTIVE RELIEF** |

On November 9, 2022, Parties conducted a Joint Site Inspection of the subject property and determined those barriers alleged in Plaintiff's Complaint have been remediated.

This suggests Plaintiff's claim for injunctive relief moot. Plaintiff acknowledges that with Defendant's showing of barrier removal, his injunctive relief sought is no longer redressable by this action and, thus, has no objection to dismissal of his ADA claim.

Further, should this Court dismiss Plaintiff's sole federal question claim, Plaintiff has no objection to the Court declining to exercise supplemental jurisdiction over his state law claim so that he can refile that action in state court.

| | | |
|---|---|---|
| 1 | Dated: November 10, 2022 | CENTER   FOR   DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/Naomi Butler |
| 4 | | Naomi Butler, Esq. |
| 5 | | Attorney for Plaintiff |